**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

PATRICK CLARK,

    Plaintiff,

                                         CASE NO.:  2:18-CV-01394-JS

-vs-

VERIZON COMMUNICATIONS, INC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, PATRICK CLARK, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via the court's CM/ECF system on this 14th day of November, 2018.

                                              */s/ Octavio Gomez*
                                              Octavio Gomez, Esquire
                                              Pennsylvania Bar No.: 325066
                                              Morgan & Morgan, Tampa, P.A.
                                              201 N. Franklin Street, 7th Floor
                                              Tampa, Florida 33602
                                              Tele:  (813) 223-5505
                                              Fax:  (813) 223-5402
                                              Primary Email: TGomez@ForThePeople.com
                                              Secondary Email: LDobbins@ForThePeople.com
                                              *Attorney for Plaintiff*