UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

PATRICK CLARK,

     Plaintiff,                              CASE NO.:  2:18-CV-01394-JS

-vs-

VERIZON COMMUNICATIONS, INC.,

     Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Patrick Clark, and the Defendant, Verizon Communications, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 3rd day of December, 2018.

| */s/ Octavio Gomez* | */s/ William J. Leonard* |
|---|---|
| Octavio Gomez, Esquire | William J. Leonard, Esquire |
| Pa. Id. No.: 325066 | Pa. Id. No.: 42362 |
| Morgan & Morgan, Tampa, P.A. | Obermayer, Rebmann, Maxwell & Hippel LLP |
| One Tampa City Center | Centre Square West, 1500 Market Street, Suite 3400 |
| Tampa, Florida 33602 | Philadelphia, PA 19102 |
| Tele: (813) 223-5505 | Tele: (215) 665-3000 |
| Fax: (813) 223-5402 | Primary Email: |
| Primary Email: TGomez@ForThePeople.com | william.leonard@obermayer.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |